UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/2/2023

TIMOTHY PEARSON,

                              Plaintiff,

              -v.-

KRYOLAN CORPORATION and CLAUDIA LONGO,

                              Defendants.

23 Civ. 5838 (JHR)

SCHEDULING ORDER

JENNIFER H. REARDEN, District Judge:

        IT IS HEREBY ORDERED that, in light of the upcoming settlement conference before Magistrate Judge Wang, the initial pretrial conference in this matter, previously scheduled for **October 5, 2023,** at **10:30 A.M.**, is adjourned *sine die*.  By no later than five days after the parties' settlement conference, the parties shall file a joint status letter informing the Court as to whether an initial pretrial conference would be productive.

        SO ORDERED.

Dated:  October 2, 2023
        New York, New York

JENNIFER H. REARDEN
United States District Judge