UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                       :
TIMOTHY PEARSON,                     :
                    Plaintiff,   :
      -against-                 :        23-CV-5838 (OTW)
                       :
                       :        **OPINION & ORDER**
                       :
KRYOLAN CORPORATION and CLAUDIA :
LONGO,                                 :
                    Defendants.  :
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed the parties' settlement submissions pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). (ECF 28). The Court has reviewed ECF 28, and finds that, in light of the settlement conference held on December 20, 2023, the proposed settlement is fair and reasonable.

The Clerk of Court is respectfully directed to close the case.

**SO ORDERED.**

Dated: March 11, 2024                                     _s/ Ona T. Wang_
       New York, New York                             **Ona T. Wang**
                                                          United States Magistrate Judge